UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL QUIROZ,<br><br>Defendant. | No. 1:99-cr-05060-DAD-1<br><br>ORDER DENYING MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS<br><br>(Doc. No. 463) |

On April 4, 2019, the undersigned denied several post-trial motions filed by defendant Rafael Quiroz, including a motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c). (Doc. No. 461.) Thereafter, on May 6, 2019, defendant filed a notice of appeal. (Doc. No. 462.) That same day, defendant filed the instant motion for leave to proceed *in forma pauperis* on appeal. (Doc. No. 463.) Because the court finds that it presently lacks jurisdiction, defendant's motion will be denied.

"The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982); *see also United States v. Sadler*, 480 F.3d 932, 941 (9th Cir. 2007) ("Once a notice of appeal is filed, the district court loses jurisdiction over a case."). From the moment defendant's notice of appeal was filed on the court's docket (Doc. No. 462), jurisdiction over this matter

1

resided solely in the United States Court of Appeals for the Ninth Circuit. Recognizing this fact, the Ninth Circuit has already remanded the case back to the district court once for a limited purpose. (*See* Doc. Nos. 466, 467.) Thus, should the Ninth Circuit again remand the case to the district court for a determination of whether defendant should be permitted to proceed *in forma pauperis* on appeal, an order addressing that question will issue. *See Asberry v. Cate,* No. 13CV2573 WQH RBB) 2014 WL 1616410, at *1 (S.D. Cal. Apr. 22, 2014).[1] As it stands, however, this court presently lacks jurisdiction to resolve defendant's motion.

For these reasons, defendant's motion for leave to appeal *in forma pauperis* (Doc. No. 463) is denied.

IT IS SO ORDERED.

Dated: **June 27, 2019**

_____
UNITED STATES DISTRICT JUDGE

---

[1] As indicated, this court is of the view that it lacks jurisdiction to rule on defendant's motion for leave to proceed in forma pauperis on appeal in light of a notice of appeal having previously been filed. However, there is some authority to the contrary. *See Zambrano v. Gipson*, No. LA CV 15-01794-VBF, 2016 WL 4060649, at *1 (C.D. Cal. July 6, 2016) ("The decision to allow an appeal to proceed in forma pauperis remains within the jurisdiction of the trial court after the filing of an appeal.") (quoting *Popescu v. City of San Diego*, No. 06-CV-1577 WMc, 2012 WL 37166, *1 (S.D. Cal. Jan. 6, 2012)). Practical considerations would certainly be served if this view were found to be correct and the undersigned would therefore welcome any guidance that the court of appeals may wish to provide in this regard.